Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**SCOTT COLE & ASSOCIATES, APC**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:  scole@scalaw.com
Email:  lvannote@scalaw.com
Web:  www.scalaw.com

Daniel D. Bodell Esq. (S.B. #208889)
BODELL LAW GROUP
11455 El Camino Real, Suite 480
San Diego, CA  92130
Telephone:   (858) 461-4699
Facsimile:   (858) 461-4703

Attorneys for Representative Plaintiff,
and the plaintiff class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITY AMADOR-STEWART, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SNOOZE-HIC LLC and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:18-cv-01604-LAB-MDD<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANT'S MOTION TO DISMISS**<br><br>**Date:** February 10, 2020<br>**Time:** 11:15 AM<br>**Dept:** 14A<br>**Judge:** Hon. Larry Alan Burns |

    The parties, Plaintiff Trinity Amador-Stewart ("Plaintiff") and Defendant Snooze-Hic LLC ("Defendant"), acting through their respective counsel of record, hereby stipulate as follows:

    **WHEREAS,** Plaintiff filed a Second Amended Complaint ("SAC") on October 21, 2019, and Defendant filed a Motion to Dismiss ("Motion") Plaintiff's SAC on November 4, 2019.

The parties, Plaintiff Trinity Amador-Stewart ("Plaintiff") and Defendant Snooze-Hic LLC ("Defendant"), acting through their respective counsel of record, hereby stipulate as follows:

**WHEREAS,** Plaintiff filed a Second Amended Complaint ("SAC") on October 21, 2019, and Defendant filed a Motion to Dismiss ("Motion") Plaintiff's SAC on November 4, 2019. Plaintiff has a deadline of January 27, 2020 to file her Opposition thereto, and Defendant's Reply is due by February 2, 2020. The hearing on the Motion is set for February 10, 2020.

**WHEREAS,** on January 22, 2020, the parties reached a tentative settlement of Plaintiff's claims, but have not yet finalized the agreement;

**WHEREAS,** both parties seek an expedient resolution, and do not wish to expend the court's resources where a settlement is imminent;

**IT IS THEREFORE STIPULATED AND AGREED,** by and between the parties hereto, through their attorneys of record, that the hearing on Defendant's Motion be continued at least 30 days, and related deadlines for Plaintiff's Opposition and Defendant's Reply also be continued at least 30 days, to allow the parties to finalize a settlement agreement.

**IT IS SO STIPULATED.**

Executed this 23rd day of January 2020 in Oakland, California.

Dated: January 23, 2020

**SCOTT COLE & ASSOCIATES, APC**

By: _____
Scott Edward Cole, Esq.
Attorneys for Representative Plaintiff and the Plaintiff Class

Dated: January 23, 2020

**RUTAN & TUCKER, LLP**

By: _____
Kimberly A. Nayagam, Esq.
Attorneys for Defendant

## [PROPOSED] ORDER

The parties having so stipulated, **IT IS HEREBY ORDERED** that the hearing on Defendant's Motion to Dismiss shall be continued to _____. Plaintiff's Opposition shall be due on or before _____ and Defendant's Reply shall be due on or before _____.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Larry Alan Burns
Judge of the District Court