# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITY AMADOR-STEWART<br><br>Plaintiff,<br><br>vs.<br><br>SNOOZE HIC LLC and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 18cv01604-LAB-MDD<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 26) is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE** and the parties shall each bear their own costs and fees. No class has been certified. Putative class or collective claims are **DISMISSED WITHOUT PREJUDICE**. Although the joint motion mentions settlement, the Court does not retain jurisdiction to interpret or enforce the parties' settlement agreement.

**IT IS SO ORDERED**.

Dated: February 19, 2020

HONORABLE LARRY ALAN BURNS
Chief United States District Judge

- 1 -